# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Currie, Cameron McGowan | U.S. District Court, D.S.C. | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

901 Richland Street
Columbia, South Carolina 29201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 2 |
| 2. | Trustee | Trust 4 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America account | A | Interest | K | T | | | | | |
| 2. IRA account- lines 3-12 are all American Funds | | | | | | | | | |
| 3. --Amcap FD CL A | A | Dividend | K | T | | | | | |
| 4. --American Balanced FD CL A | A | Dividend | K | T | | | | | |
| 5. --Capital Inc Bldg FD CL A | B | Dividend | K | T | | | | | |
| 6. --Capital World Growth and Inc FD CL A | A | Dividend | K | T | | | | | |
| 7. --Fundamental Investors FD CL A | A | Dividend | K | T | | | | | |
| 8. --Growth Fund of America CL A | A | Dividend | K | T | | | | | |
| 9. --Income FD of America CL | B | Dividend | K | T | | | | | |
| 10. --Washington Mutual Investors FD CL A | A | Dividend | K | T | | | | | |
| 11. --Europacific Growth FD CL A | A | Dividend | K | T | | | | | |
| 12. --New Perspective Fund CL A | A | Dividend | K | T | | | | | |
| 13. --Oppenheimer Steelpath Alpha FD CL C | B | Dividend | K | T | | | | | |
| 14. --Stephens Inc Money Market Acct | A | Interest | J | T | | | | | See Note VII |
| 15. Trust 4 - Lines 16-58 are all assets of this trust | | | | | | | | | See Note VII |
| 16. --Royal Bank of Canada | B | Dividend | K | T | | | | | |
| 17. --Amcap Fund CL A - American Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --American Balanced FD CL A - American Fund | A | Dividend | L | T | | | | | |
| 19. --Capital Income Bldrs FD CL A - American Fund | B | Dividend | M | T | Buy (add'l) | 10/24/18 | J | | |
| 20. --Capital World Growth and Income FD CL A - American Fund | C | Dividend | M | T | | | | | |
| 21. --Fundamental Investors FD - American Fund | B | Dividend | L | T | | | | | |
| 22. --Growth Fund of America CL A - American Fund | A | Dividend | M | T | | | | | |
| 23. --Income Fund of America CA A - American Fund | B | Dividend | L | T | | | | | |
| 24. --Lot #2, Haywood Co., N.C. | | None | M | S | | | | | See Note VII |
| 25. --Europacific Growth Fund CL A - American Fund | A | Dividend | | | Sold | 10/24/18 | J | | |
| 26. --American Mutual Fund CL A - American Fund | C | Dividend | M | T | | | | | |
| 27. --Stephens Inc Money Market Acct | A | Dividend | K | T | | | | | |
| 28. --SC State Pub Svc Auth Rev Ref Santee Cooper Ser B | A | Interest | K | T | | | | | |
| 29. --Spartanburg SC WTRWKS | A | Interest | K | T | | | | | |
| 30. --Spartanburg Co Reg Health Svces Distr Inc Hosp Rev Rfdg - Ser A | A | Interest | J | T | Buy (add'l) | 03/15/18 | J | | |
| 31. --So Carolina St Transport Infrastruc Bank Rev Rfdg - Ser B | A | Interest | J | T | | | | | |
| 32. --So Carolina St Public Svc Auth Rev Obligs SerA | C | Interest | L | T | | | | | |
| 33. --Alliance Bernstein High Inc Municipal Fund | A | Dividend | | | Sold | 03/15/18 | K | | |
| 34. --Charleston SC SPL Source Revenue | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Clg of Charleston SC Academic & Admin Facs | B | Interest | L | T | | | | | |
| 36. -- SC St Jobs - Econ Dev Auth Econ Dev Furman | A | Interest | K | T | | | | | |
| 37. --Charleston SC Pub Facs Corp Installment Purchase Rev Ser A | A | Interest | K | T | | | | | |
| 38. --Summerville SC Limited Oblig Ser A Revenue Bonds | A | Interest | K | T | | | | | |
| 39. --Clemson SC Univ Revenues Athletic Facs-Ser B | A | Interest | K | T | | | | | |
| 40. --Florence Cnty SC Accommodations Fee Revenue Bonds | A | Interest | K | T | | | | | |
| 41. --So Carolina St Pub Svc Auth Rfdg Ser A Rev Bonds | B | Dividend | K | T | | | | | |
| 42. --Brookland Cayce SC Sch Dist #2 General Obligation Unltd | A | Interest | K | T | | | | | |
| 43. --Florence SC Spl Oblig Ref-DwnTwn Redev Proj Area-Ser B Tax Allo | A | Interest | K | T | | | | | |
| 44. --So Carolina St Transportn Infrastruc Bank Rev-Ser A | B | Interest | K | T | | | | | |
| 45. --So Carolina St Jobs-Econ Dev Auth Econ Dev Rev Ref - Wofford Clg | A | Interest | K | T | | | | | |
| 46. --So Carolina St Transptn Infrasctuc Bank Rev Ref Ser A Rev BDS ISR | A | Interest | K | T | | | | | |
| 47. --Georgetown Cnty SC WTR & SWR D-Ref Rev Bonds OID | A | Interest | J | T | | | | | |
| 48. --So Carolina St Ref-SerD Gen Oblig Unltd | B | Interest | | | Matured | 10/24/18 | K | | |
| 49. --Pickens Cnty Sc Ref-SerC Gen Oblig Unltd | A | Interest | | | Matured | 10/24/18 | K | | |
| 50. --St Peters Parrish-Jasper Cnt Ref- CNTY Office Bldg Proj Rev Bond | A | Interest | K | T | | | | | |
| 51. --Grand Strand SC WTR&SWR Auth Ref Rev Bonds OID | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Clg of Charleston SC HGR Edu FAC Ref-Ser A Rev BDS | A | Interest | K | T | | | | | |
| 53. --Anderson Cnty Sch Dist #5 Ref-SerB Gen Oblig Unltd | A | Interest | K | T | | | | | |
| 54. --Spartanburg Cnty SCD Dist #2 - Gen Oblg Unltg | A | Interest | K | T | Buy | 10/24/18 | K | | |
| 55. --Anderson SC WTR&SWR SYS REV REF | A | Interest | K | T | Buy | 10/24/18 | K | | |
| 56. --Sullivan's Island SC Revenue Bonds | A | Interest | K | T | Buy | 09/11/18 | K | | |
| 57. --Clemson SC Univ Rev Ser A - Athletic FACS | A | Interest | J | T | Buy | 05/07/18 | J | | |
| 58. --Spartanburg SC REGL HLTH SCVS Dist Inc Hosp Rev Unrefunded Ref | A | Interest | K | T | Buy | 03/19/18 | J | | |
| 59. Trust #2 - Line 60 is the only asset of this trust | | | | | | | | | See Note VII |
| 60. Bank Of America Account | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. A. 14. This account is used for the temporary deposit of interest, dividends, and proceeds from the sale of stocks and bonds and for the puchase of new or additional stocks and bonds in my retirement assets account.

VII. A. 15. This trust was created January 9, 2015 in my name. It is a revocable trust and I am Trustee. The assets listed in lines 16-58 are in the Trust.

VII. A. 24. Lot #2, purchased in 2005 and held for investment. Appraisal value issued on March 29, 2011 is $128,300.

VII. A. 27. This account is used for the temporary deposit of interest, dividends, and proceeds from the sale of stocks and bonds and for the purchase of new or additional stocks and bonds in Trust 4.

VII. A. 59. This Trust Account is a checking account in my name as Trustee of the Special Needs Trust for my family member. All amounts paid out are for the support of the beneficiary of that Trust, a disabled family member.

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/08/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cameron McGowan Currie**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544